AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| Michael Barletta, individually and on behalf of all simi ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:25-cv-00722-SRU |
| Yale New Haven Health System ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael Barletta, individually and on behalf of all others similarly situated                       .

Date:  05/19/2025

/s/ Chloe Mangan
*Attorney's signature*

Chloe Mangan/ct31675
*Printed name and bar number*

Diserio Martin O'Connor & Castiglioni LLP
1010 Washington Blvd., Suite 800
Stamford, CT 06901

*Address*

cmangan@dmoc.com
*E-mail address*

(203) 358-0800
*Telephone number*

(203) 348-2321
*FAX number*